IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN ALAN ALBERTS,

    Petitioner,               No. CIV S-03-0049 MCE KJM P

    vs.

A.A. LAMARQUE,

    Respondent.            ORDER

_____/

        On June 10, 2005, petitioner submitted a request for an extension of time to file a traverse.  That document was not served on respondent.  Petitioner is advised that every document submitted to the court for consideration must be served on respondent.  Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases.  Documents not to be served electronically are usually served by placing a copy in the U.S. Mail.  If an attorney has filed a document with the court on behalf of respondent, then documents submitted by petitioner must be served on that attorney and not on the respondent himself.  Every document submitted conventionally in paper format to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondent or his attorney and the address to which it was mailed.  See Local Rule 5-135(b) and (c).

/////

Accordingly, IT IS HEREBY ORDERED that, within twenty days of this order, petitioner shall serve a copy of petitioner's June 10, 2005 request for an extension of time upon respondent and file a proper proof of service with the court. Sanctions may be imposed if petitioner fails to comply with this order.

DATED: June 24, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/bb
albe0049.135b