IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN ALAN ALBERTS,

    Petitioner,      No. CIV S-03-0049 MCE KJM P

    vs.

A.A. LAMARQUE,

    Respondent.      ORDER

_____/

    Petitioner has requested an extension of time to file and serve his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 7, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: July 11, 2005.

                         _____
                         UNITED STATES MAGISTRATE JUDGE

1/kf
albe0049.111