IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN ALAN ALBERTS,

    Petitioner,        No. CIV-S-03-0049 MCE KJM P

  vs.

A.A. LAMARQUE,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. The court has reviewed petitioner's memorandum of points and authorities in support of his traverse and discovered that there is a page missing. Good cause appearing, IT IS HEREBY ORDERED that petitioner submit a copy of page 12 of his memorandum of points and authorities in support of his traverse within twenty days of this order. Petitioner's failure to comply with this order will result in the court rendering a decision with respect to petitioner's application for writ of habeas corpus without consideration of page 12 of the memorandum.

DATED: February 6, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

1/albe0049.fb